IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00075-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY MARK GILES,

    Defendant.

**ORDER SETTING TRIAL DATES AND DEADLINES**

This matter is before the Court upon telephone conference between counsel and Chambers staff. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 11, 2009** and responses to these motions shall be filed by **March 23, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 17, 2009 at 8:30 a.m.** in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **April 27, 2009 at 9:00 a.m.** in Courtroom A602.

DATED: February __25__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge