IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00075-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY MARK GILES,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 24) filed in the above matter, it is ORDERED that a Change of Plea Hearing is set for **June 30, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on June 26, 2009**. If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: May   15  , 2009

                                        BY THE COURT:

                                        CHRISTINE M. ARGUELLO
                                        United States District Judge