# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  Date: September 21, 2009
Court Reporter: Darlene Martinez
Probation Officer: Grant Hanson

---

Criminal Action No.  09-cr-00075-CMA

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  David Conner

    Plaintiff,

v.

GREGORY MARK GILES,  Michael Gallagher

    Defendant.

---

## SENTENCING MINUTES
---

**10:32 a.m.   Court in session**.

Defendant present; in custody.

Change of Plea Hearing: June 30, 2009.

Defendant plead guilty to Count One of the Information.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Motion Regarding Acceptance of Responsibility **(31)** is **granted**.

**ORDER:**   Government's Motion to Dismiss **(32)** is **granted**.

**ORDER:**   Government's Motion for Downward Departure Pursuant to USSG § 5K1.1 **(33)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:47 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:15